```
                                       CLERK'S OFFICE U.S. DIST COURT
                                             AT ROANOKE, VA
                                                  FILED
       IN THE UNITED STATES DISTRICT COURT    APR 0 5 2007
       FOR THE WESTERN DISTRICT OF VIRGINIA
                ROANOKE DIVISION          JOHN F. CORCORAN, CLERK
                                          BY: /s/ Deputy Clerk
```

BERNADETTE HARPER,                )
    Plaintiff,                )   Civil Action No. 7:07-cv-00155
                                  )
v.                                )   **FINAL ORDER**
                                  )
MAJOR GEE, <u>et al.</u>,         )   By: Samuel G. Wilson
    Defendants.               )   United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a); her motion to proceed <u>in forma pauperis</u> [Docket #2] is hereby **DENIED** as **MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of April, 2007.

_____
United States District Judge